IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAMAR DANIEL WILSON                                                                                         PETITIONER

v.                                              Case No. 6:19-cv-6073

WENDY KELLY, Director,
Arkansas Department of Correction                                                                      RESPONDENT

## JUDGMENT

Based on the order entered today, judgment is entered **DISMISSING WITH PREJUDICE** this Petition for Writ of Habeas Corpus. The relief sought is denied. The certificate of appealability is denied.

**IT IS SO ORDERED**, this 19th day of May, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge