IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAMAR DANIEL RON WILSON                                                                PETITIONER

v.                                      Case No. 6:19-cv-06073

DEXTER PAYNE[1],
Director, Arkansas Department of Corrections                                      RESPONDENT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Motion for Leave to Appeal *In Forma Pauperis* (ECF No. 25) filed by Lamar Daniel Ron Wilson ("Wilson"), a former inmate of the Arkansas Department of Corrections who was on parole at the time he filed this Petition.

1. **Background:**[2]

On October 5, 2015, Wilson was sentenced to six years imprisonment in accordance with a no-contest plea to sexual indecency with a minor. ECF No. 10-2. On June 27, 2019, Wilson sought relief pursuant to 28 U.S.C. § 2254. ECF No. 1. Thereafter, on February 12, 2020, this Court entered a report and recommendation finding Wilson's Petition should be dismissed. ECF No. 16. This Court also recommended no certificate of appealability be issued in Wilson's case. *Id.* Thereafter, on May 19, 2021, that report and recommendation was adopted, and Wilson's case was dismissed with prejudice. ECF No. 19. Wilson now seeks to appeal that dismissal and asks to be allowed to proceed *in forma pauperis*.

2. **Discussion**:

Based on the statements in his Motion for Leave to Appeal, Wilson appears to be eligible to proceed IFP. However, it also appears there is no good faith reason to grant a Certificate of

---

[1] Dexter Payne is the current director, not Wendy Kelly, who was named in the Petition.
[2] The background is taken from the docket in this matter and all filings.

1

Appealability in this case. Wilson has made no substantial showing of the denial of a constitutional right, as required by 28 U.S.C. 2253(c).

3. **Recommendation**:

Accordingly, based on the foregoing, it is recommended the instant Motion to Proceed IFP on Appeal (ECF No. 25) should be **GRANTED**. The undersigned also recommends that no Certificate of Appealability be granted in this matter as Wilson has failed to make a substantial showing of denial of any constitutional right.

**The Parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

**DATED** this **3rd** day of December 2021.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE